| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| GARY HARRE, ESQ. (BAR NO. 86398)<br>DIANE BEALL, ESQ. (BAR NO. 86877)<br>BARRY FAGAN, ESQ. (BAR NO. 160104)<br>17612 Beach Blvd., Ste 8<br>Huntington Beach, CA 92647<br>TELEPHONE: (714) 907-4182<br>FACSIMILE:  (714) 907-4175<br><br><br>*Attorney for Plaintiff* ELIZABETH ANN KENTON | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>ELIZABETH ANN KENTON<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER 1:10-BK-23767-VK<br><br>ADVERSARY NUMBER  11-01048-VK |
|---|---|
| ELIZABETH ANN KENTON<br><br>vs.    Plaintiff(s),<br><br>BANK OF AMERICA, N.A.; WELLS FARGO BANK N.A. F/K/A WELLS FARGO BANK MINNESOTA, N. A., as Trustee of BANK OF AMERICAN SECURITIES INC. ALTERNATIVE LOAN TRUST 2003-2; FLORIDA DEFAULT LAW GROUP, P.L.; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-100, inclusive;    Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>## SUMMONS AND NOTICE OF STATUS CONFERENCE |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by __March 02, 2011__, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

---

**Hearing Date:** March 30, 2011  **Time:** 1:30 p.m.  **Courtroom:** 301    **Floor:** 3rd.

☐  255 East Temple Street, Los Angeles          ☐  411 West Fourth Street, Santa Ana

☐  21041 Burbank Boulevard, Woodland Hills    ☐  1415 State Street, Santa Barbara

☐  3420 Twelfth Street, Riverside

---

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: __Jan. 31, 2011__

**JON D. CERETTO**
**Clerk of the Bankruptcy Court**

By: _____
*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised December 1998 (COA-SA)*                    **F 7004-1**

Summons and Notice of Status Conference - *Page 2*

**F 7004-1**

| In re ELIZABETH ANN KENTON | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 1:10-BK-23767-V |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ___ORANGE___

1. I am employed in the County of _____ORANGE_____, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:
   17612 Beach Blvd., Ste 8
   Huntington Beach, CA 92647

2. ☒ **Regular Mail Service:** On _02/02/11_____, I served the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at _Huntington Beach_____, California, addressed as set forth below. Judge Kaufman Status Conference Instruction, Blank Joint Status Report

   U.S. Post Certified # |  7009 2820 0004 3394 2700

3. ☐ **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, was made on the Defendant(s) at the address(es) set forth below.

4. Defendant(s) and address(es) upon which service was made:

   Florida Default Law Group, P.L.
   9119 Corporate Lake Drive, Suite 300
   Tampa, FL 33634

☐ Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   *2-1-11*

___DIANE BEALL___
Type Name

_(signature)_
Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised December 1998 (COA-SA)*

**F 7004-1**