GLOBAL CAPITAL LAW, PC
GARY HARRE, ESQ. (BAR NO. 86398)
DIANE BEALL, ESQ. (BAR NO. 86877)
BARRY FAGAN, ESQ. (BAR NO. 160104)
17612 Beach Blvd., Ste 8
Huntington Beach, CA 92647
TELEPHONE: (714) 907-4182
FACSIMILE:  (714) 907-4175
Email: ghcmecf@gmail.com

Attorney for Plaintiff, ELIZABETH ANN KENTON

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>ELIZABETH ANN KENTON<br><br>_____<br><br>ELIZABETH ANN KENTON, an Individual.<br><br>            Plaintiff,<br><br>-vs.-<br><br>BANK OF AMERICA, N.A.; WELLS FARGO BANK N.A. F/K/A WELLS FARGO BANK MINNESOTA, N. A., as Trustee of BANK OF AMERICAN SECURITIES INC. ALTERNATIVE LOAN TRUST 2003-2; FLORIDA DEFAULT LAW GROUP, P.L.; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-100, Inclusive;<br><br>            Defendants.<br>_____ | **CASE NO. 1:10-BK-23767-VK**<br><br>**ADV. NO.: 1:11-ap-01048-VK**<br><br>**NOTICE OF WAIVING OF RIGHTS TO RAISE DEFENSES AND OBJECTIONS TO PLAINTIFF'S ADVERSARY COMPLAINT BY BANK OF AMERICA, N.A.; WELLS FARGO BANK N.A. F/K/A WELLS FARGO BANK MINNESOTA, N. A., AS TRUSTEE OF BANK OF AMERICAN SECURITIES INC. ALTERNATIVE LOAN TRUST 2003-2**<br><br>**[Fed. Rule Bankruptcy. Procedure 7012]** |

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE IN RE: KENTON V. BANK OF AMERICA N. A. AND TO DEFENDANTS BANK OF AMERICA, N.A.; WELLS FARGO BANK N.A. F/K/A WELLS**

FARGO BANK MINNESOTA, N. A., as Trustee of BANK OF AMERICAN SECURITIES INC. ALTERNATIVE LOAN TRUST 2003-2.

Notice is hereby given that Defendants BANK OF AMERICA, N.A.; WELLS FARGO BANK N.A. F/K/A WELLS FARGO BANK MINNESOTA, N. A., as Trustee of BANK OF AMERICAN SECURITIES INC. ALTERNATIVE LOAN TRUST 2003-2 waive their rights to Object to Plaintiff Adversary Complaint to which Defendants failed to answer on March 2, 2011.

**FACTS**

1. Plaintiffs filed this adversary complaint on January 28, 2011.

2. The Court issued a summons on set responsive pleadings to be served by March 2, 2011.

3. Plaintiffs served by certified mail BANK OF AMERICA, N.A.; WELLS FARGO BANK N.A. F/K/A WELLS FARGO BANK MINNESOTA, N. A., as Trustee of BANK OF AMERICAN SECURITIES INC. ALTERNATIVE LOAN TRUST 2003-2; FLORIDA DEFAULT LAW GROUP, P.L. on or about February 2, 2011.

4. On or about March 2, 2011 Attorney Nathan Aaron Shaman representing BANK OF AMERICA, N.A.; WELLS FARGO BANK N.A. F/K/A WELLS FARGO BANK MINNESOTA, N. A., as Trustee of BANK OF AMERICAN SECURITIES INC. ALTERNATIVE LOAN TRUST 2003-2 called Debtor's Attorney requesting a 10 day extension of time to file responsive pleadings.

5. On or about March 2, 2011 Plaintiff's Attorney out of professional courtesy responded to the extension request, stipulating that the late answer maybe filed as long as the responsive pleading was an answer to the complaint and not a motion to dismiss.

6. From March 2, 2011 at 4:17 p.m. through March 3, 2011 at 9:51 p.m. emails were exchanged.

7. On March 3, 2011 at 5:11 p. m., Attorney Nathan Aaron Shaman representing BANK OF AMERICA, N.A.; WELLS FARGO BANK N.A. F/K/A WELLS FARGO BANK MINNESOTA, N. A., as Trustee of BANK OF AMERICAN SECURITIES INC. ALTERNATIVE LOAN TRUST 2003-2 emailed by way of an attachment of a document entitled STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS TO EXTEND DEADLINE FOR DEFENDANTS TO FILE THEIR ANSWERS TO PLAINTIFF'S COMPLAINT.

8. Despite the coversheet being titled STIPULATION BETWEEN PLAINTIFF AND DEFENDANTS TO EXTEND DEADLINE FOR DEFENDANTS TO FILE THEIR ANSWERS TO PLAINTIFF'S COMPLAINT the substance and content of the document as outlined in the document purposely stated "hereby stipulate to extend the deadline for Defendants to file their <u>responsive pleading</u> to Plaintiff's Complaint based on:".

9. Plaintiff's Attorney only stipulated to an answer, and the stipulation was not acceptable.

**LAW**

1. The Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") govern procedure in cases under the Bankruptcy Code.  Fed.R.Bankr.P. 1001.

2. Part VII of the Bankruptcy Rules (Rules 7001-7087) governs "Adversary Proceedings." Many of these Rules adopt the Federal Rules of Civil Procedure, see, e.g. Bankruptcy Rule 7003 ("Rule 3 F.R.Civ.P. applies in adversary proceedings.")  Others adopt parts of the Federal Rules of Civil Procedure, see, e.g. Bankruptcy Rule 7004(a)Page -3-("Rule 4(a), (b), (c)(1), (d)(1), (e)-(j), (l), and (m)F.R.Civ.P. applies in adversary proceedings.")  Other 7000 series Bankruptcy Rules do not adopt the Federal Rules of Civil Procedure, see, e.g. Bankruptcy Rule 7012(a) ("If a complaint is duly served, the defendant shall serve an answer within 30 days after the issuance of the summons, except when a different time is prescribed by the court.")

3. Under Bankruptcy Rule 7012(a), Defendants BANK OF AMERICA, N.A.; WELLS FARGO BANK N.A. F/K/A WELLS FARGO BANK MINNESOTA, N. A., as Trustee of BANK OF AMERICAN SECURITIES INC. ALTERNATIVE LOAN TRUST 2003-2 had 30 days from the issuance of the summons to respond to the complaint.

4. The summons was issued on February 1, 2011 and served on, and the 30th day after issuance was March 2, 2011 (a Wednesday).

5. Bankruptcy Rule 9006(b) provides, in part: [w]hen an act is required ... to be done at or within a specified period by these rules ... the court for cause shown may at any time in its discretion ... order the period enlarged if the request therefore is made before the expiration of the period originally prescribed.  No such request was made.

///

**NOTICE OF WAIVING OF RIGHTS TO RAISE DEFENSES AND OBJECTIONS TO PLAINTIFF'S ADVERSARY COMPLAINT BY BANK OF AMERICA, N.A.; WELLS FARGO BANK N.A. F/K/A WELLS FARGO BANK MINNESOTA, N.A.**

6. Bankruptcy Rule 7055 adopts Fed.R.Civ.P 55 for defaults. Rule 55(a) states "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

7. Defendants BANK OF AMERICA, N.A.; WELLS FARGO BANK N.A. F/K/A WELLS FARGO BANK MINNESOTA, N. A., as Trustee of BANK OF AMERICAN SECURITIES INC. ALTERNATIVE LOAN TRUST 2003-2 failed to plead or defend timely, and entry of default would be proper sufficient to avoid default was provided.

8. Bankruptcy Rule 7012(a) sets a 30 day deadline in connection with Debtor's pending adversary.

9. Defendants failed to timely respond, and such is noted in this record.

Respectfully submitted.

Dated March 4, 2011

_____
GARY HARRE, ESQ. (BAR NO. 86398)
DIANE BEALL, ESQ. (BAR NO. 86877)
Attorneys for Plaintiff

**NOTICE OF WAIVING OF RIGHTS TO RAISE DEFENSES AND OBJECTIONS TO PLAINTIFF'S ADVERSARY COMPLAINT BY BANK OF AMERICA, N.A.; WELLS FARGO BANK N.A. F/K/A WELLS FARGO BANK MINNESOTA, N.A.**

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 8700 Warner Avenue, Suite 200, Fountain Valley, CA 92807

A true and correct copy of the foregoing document described as **Notice of Waving of Rights to Raise Defenses and Objections to Plaintiff's Adversary Complaint by Bank of America, N.A.; Wells Fargo Bank N.A. F/K/A Wells Fargo Bank Minnesota, N.A., as Trustee of Bank of American Securities Inc. Alternative Loan Trust 2003-2** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 7, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Gary L Harre    ghcmecf@gmail.com
- Christopher M McDermott    ecfcacb@piteduncan.com
- Timothy McFarlin    tmcfarlin@yahoo.com, talien@mgcalaw.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Diane Weil (TR)    dcw@dcweillaw.com, dweil@ecf.epiqsystems.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On March 7, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

|  |  |
|---|---|
| Honorable Victoria S. Kaufman | Nathan Aaron Shaman, Esq. |
| 21041 Burbank Blvd., Suite 354 | Lake APC |
| Woodland Hills, CA 91367 | 835 5th Avenue, Suite 200 A |
|  | San Diego, CA 92101 |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 7, 2011 | Judi Cicco | /s/ Judi Cicco |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTICE OF WAIVING OF RIGHTS TO RAISE DEFENSES AND OBJECTIONS TO PLAINTIFF'S ADVERSARY COMPLAINT BY BANK OF AMERICA, N.A.; WELLS FARGO BANK N.A. F/K/A WELLS FARGO BANK MINNESOTA, N.A.**