1  SANFORD P. SHATZ (State Bar No. 127229)
   sps@severson.com
2  YARON SHAHAM (State Bar No. 217192)
   ys@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  The Atrium
   19100 Von Karman Ave., Suite 700
5  Irvine, CA 92612
   Telephone:  (949) 442-7110
6  Facsimile:   (949) 442-7118

7  MARK JOSEPH KENNEY (State Bar No. 87345)
   SEVERSON & WERSON
8  A Professional Corporation
   One Embarcadero Center, Suite 2600
9  San Francisco, CA 94111
   Telephone:  (415) 398-3344
10 Facsimile:   (415) 956-0439

11 Attorneys for Defendants
   BANK OF AMERICA, N.A. and WELLS FARGO BANK
12 N.A. F/K/A WELLS FARGO BANK MINNESOTA, N.
   A., AS TRUSTEE OF BANK OF AMERICAN
13 SECURITIES INC. ALTERNATIVE LOAN TRUST
   2003-2

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>ELIZABETH ANN KENTON<br><br>---<br><br>ELIZABETH ANN KENTON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; WELLS FARGO BANK N.A. F/K/A WELLS FARGO BANK MINNESOTA, N. A., as Trustee of BANK OF AMERICAN SECURITIES INC. ALTERNATIVE LOAN TRUST 2003-2; FLORIDA DEFAULT LAW GROUP, P.I.; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-100, Inclusive,<br><br>Defendants. | Case No.: 1:10-BK-23767-VK<br><br>Adv. No.: 1:11-ap-01048-VK<br><br>**NOTICE OF APPEARANCE OF BANK OF AMERICA, N.A. AND WELLS FARGO BANK N.A. F/K/A WELLS FARGO BANK MINNESOTA, N. A., AS TRUSTEE OF BANK OF AMERICAN SECURITIES INC. ALTERNATIVE LOAN TRUST 2003-2** |

10597/0209/895688.1

Notice of Appearance
Case No.: 1:10-BK-23767-VK; Adv. No.: 1:11-ap-01048-VK

**TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, PLAINTIFF, HER COUNSEL OF RECORD, THE CLERK OF THE COURT, AND ALL OTHER INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Defendants Bank of America, NA and Wells Fargo Bank NA fka Wells Fargo Bank Minnesota, NA as Trustee of Bank of American Securities Inc. Alternative Loan Trust 2003-2 (collectively, "Defendants"), by and through their respective counsel of record, hereby makes an appearance before this Court in the above referenced Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that on or about March 2, 2011, Defendants requested an extension of time from Plaintiff's counsel to file a responsive pleading as Defendants' counsel was just retained, it was still reviewing the Complaint and loan file, and performing research about the California, Florida, and New York legal issues contained in the Complaint. On March 3, 2011, Defendants' counsel forwarded to Plaintiff's counsel a stipulation to extend the responsive pleading to March 14, 2011. Plaintiff's counsel would not grant the requested extension unless Defendants agreed to limit their response to an Answer.

PLEASE TAKE FURTHER NOTICE that it has come to the attention of Defendants' counsel that on March 4, 2011, Plaintiff filed requests for entry of default against Defendants without any prior notice to Defendants' counsel.

///
///
///
///
///
///
///
///
///

1 | Based on the above and the actions of Plaintiff and her counsel, Defendants request the
2 | Court hold off on entering the default of Defendants until March 14, 2011 so Defendants can file
3 | a responsive pleading with the Court.

4 |

5 | DATED: March 7, 2011

SEVERSON & WERSON
A Professional Corporation

By: /s/ Yaron Shaham
    SANFORD P. SHATZ
    YARON SHAHAM

Attorneys for Defendants
BANK OF AMERICA, N.A. and WELLS
FARGO BANK N.A. F/K/A WELLS FARGO
BANK MINNESOTA, N. A., as Trustee of
BANK OF AMERICAN SECURITIES INC.
ALTERNATIVE LOAN TRUST 2003-2

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Irvine, California; my business address is Severson & Werson, The Atrium, 19100 Von Karman Ave., Suite 700, Irvine, CA 92612.

On the date below I served a copy, with all exhibits, of the following document(s):

**NOTICE OF APPEARANCE OF BANK OF AMERICA, N.A. AND WELLS FARGO BANK N.A. F/K/A WELLS FARGO BANK MINNESOTA, N. A., AS TRUSTEE OF BANK OF AMERICAN SECURITIES INC. ALTERNATIVE LOAN TRUST 2003-2**

on all interested parties in said case addressed as follows:

| | |
|---|---|
| Gary Harre, Esq. | Attorneys for Plaintiff |
| Diane Beall, Esq. | ELIZABETH ANN KENTON |
| Barry Fagan, Esq. | |
| GLOBAL CAPITAL LAW, PC | Telephone: (714) 907-4182 |
| 17612 Beach Blvd., Suite 8 | Facsimile: (714) 907-4175 |
| Huntington Beach, CA 92647 | Email: ghcmecf@gmail.com |

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with the firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in Irvine, California in sealed envelopes with postage fully prepaid.

☐ **(BY HAND)** By placing the documents in an envelope or package addressed to the persons listed above and providing them to a professional messenger service for delivery.

☐ **(BY FEDERAL EXPRESS)** By depositing copies of the above documents in a box or other facility regularly maintained by Federal Express with delivery fees paid or provided for.

☐ **(BY EXPRESS MAIL)** By placing the above documents in the United States mail for Express Mail delivery at The Atrium, 19100 Von Karman Ave., Suite 700, Irvine, CA 92612, in a sealed envelope addressed as above, with Express Mail postage thereon fully prepaid.

☐ **(BY FAX)** By use of facsimile machine telephone number (949) 442-7118, I faxed a true copy to the addressee(s) listed above at the facsimile number(s) noted after the party's address. The transmission was reported as complete and without error.

☒ **(BY ELECTRONIC SERVICE)** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

☐ **(BY ELECTRONIC TRANSMISSION)** By sending a file of the above documents(s) via electronic transmission (e-mail) at _____ am./pm. using e-mail address (___@severson.com) to the e-mail address designed for each party identified above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Irvine, California, on March 7, 2011.

_____
Diana J. Lopez