SANFORD P. SHATZ (State Bar No. 127229)
sps@severson.com
YARON SHAHAM (State Bar No. 217192)
ys@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARK JOSEPH KENNEY (State Bar No. 87345)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
BANK OF AMERICA, N.A., WELLS FARGO BANK, N.A., F/K/A WELLS FARGO BANK MINNESOTA, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANC OF AMERICA ALTERNATIVE LOAN TRUST 2003-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-2 (erroneously sued as Wells Fargo Bank N.A. F/K/A Wells Fargo Bank Minnesota, N.A., as Trustee of the Banc of American Securities Inc. Alternative Loan Trust 2003-2)

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>ELIZABETH ANN KENTON,<br><br>Debtor. | Case No.: 1:10-BK-23767-VK<br><br>Chapter 7<br><br>Adv. No.: 1:11-ap-01048-VK |
| ELIZABETH ANN KENTON, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; WELLS FARGO BANK N.A. F/K/A WELLS FARGO BANK MINNESOTA, N. A., as Trustee of BANK OF AMERICAN SECURITIES INC. ALTERNATIVE LOAN TRUST 2003-2; FLORIDA DEFAULT LAW GROUP, P.I.; and all persons claiming by, through, or under such person, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the property described in the complaint adverse to Plaintiff's title thereto; and DOES 1-100, Inclusive,<br><br>Defendants. | DEFENDANTS BANK OF AMERICA, N.A.'S AND WELLS FARGO BANK, N.A., F/K/A WELLS FARGO BANK MINNESOTA, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANC OF AMERICA ALTERNATIVE LOAN TRUST 2003-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-2'S UNILATERAL STATUS REPORT; DECLARATION OF YARON SHAHAM<br><br>[Loc. Bankr. R. 7016-1(a)(3)]<br><br>Date: March 30, 2011<br>Time: 1:30 p.m.<br>Ctrm: 301 |

TO THE HONORABLE VICTORIA S. KAUFMAN, UNITED STATES BANKRUPTCY JUDGE, PLAINTIFF, HER COUNSEL OF RECORD, AND ALL OTHER INTERESTED PARTIES:

Defendants Bank of America, N.A. ("BoA") and Wells Fargo Bank, N.A. F/K/A Wells Fargo Bank Minnesota, N.A., as Trustee for the Certificate Holders of Banc of America Alternative Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 ("Wells Fargo") (collectively, "Defendants") hereby submit their unilateral status report, as follows:

1.  State of Discovery – Defendants have not propounded discovery upon Plaintiff Elizabeth Kenton ("Plaintiff"), nor has Plaintiff propounded discovery upon Defendants.

2.  Discovery Cut-Off Date – October/November 2011.

3.  Schedule of Law and Motion Matters – Defendants' Motion to Dismiss, or, in the alternative, Motion to Transfer Venue, is currently scheduled to be heard by the Court on April 27, 2011, at 2:30 p.m.

4.  Prospects of Settlement – Unknown. Settlement negotiations have not begun.

5.  Proposed Date for Pre-Trial Conference and/or Trial – Pre-Trial Conference = January 5, 2012. Trial = February 8, 2012.

6.  Met and Conferred in Compliance with LBR 7026-1 – This has not occurred.

7.  Other Issues Affecting the Status or Management of the Case – Plaintiff believes Defendants are in default; however, there is no basis for this belief. First, the Court's docket, as of the morning of March 16, 2011, does not show a default entered as to Defendants. Additionally, Defendants have responded to the Complaint via a Motion to Dismiss, or, in the alternative, Motion to Transfer Venue, which is currently scheduled to be heard by the Court on April 27, 2011, at 2:30 p.m. Since Defendants have made an appearance, a default cannot be entered.

///
///
///
///

- 2 -

8.   <u>Parties Interested in Alternative Dispute Resolution</u> – Defendants would not oppose attempting to mediate this matter if and when this Adversary Proceeding becomes at issue.

DATED: March 16, 2011

SEVERSON & WERSON
A Professional Corporation

By: /s/ Yaron Shaham
SANFORD P. SHATZ
YARON SHAHAM

Attorneys for Defendants
BANK OF AMERICA, N.A. and WELLS FARGO BANK, N.A., F/K/A WELLS FARGO BANK MINNESOTA, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANC OF AMERICA ALTERNATIVE LOAN TRUST 2003-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-2 (erroneously sued as Wells Fargo Bank N.A. F/K/A Wells Fargo Bank Minnesota, N.A., as Trustee of the Banc of American Securities Inc. Alternative Loan Trust 2003-2)

- 3 -

## DECLARATION OF YARON SHAHAM

I, Yaron Shaham, declare as follows:

1. I am an attorney duly admitted to practice law in the State of California and before this Court. I am one of the attorneys representing Defendants Bank of America, N.A. ("BoA") and Wells Fargo Bank, N.A. F/K/A Wells Fargo Bank Minnesota, N.A., as Trustee for the Certificate Holders of Banc of America Alternative Loan Trust 2003-2, Mortgage Pass-Through Certificates, Series 2003-2 ("Wells Fargo") (collectively, "Defendants") in this action. I have personal knowledge of the matters set forth herein and, if called to testify as a witness thereto, I could and would do so competently.

2. I submit this declaration in support of Defendants' unilateral status report in light of the pending status conference concerning the above captioned Adversary Proceeding.

3. On March 10, 2011, I received an email from Plaintiff Elizabeth Kenton's ("Plaintiff") counsel, Gary Harre, Esq. ("Harre"), inquiring whether I would like to add to the proposed Joint Status Report which would be filed with the Court. A true and correct copy of the March 10, 2011 email received from Harre is attached hereto and incorporated herein as Exhibit 1.

4. I responded shortly thereafter with my handwritten responses and comments to the proposed Joint Status Report. A true and correct copy of my response to Harre is attached hereto and incorporated herein as Exhibit 2.

5. In response, Harre commented "Thank you very much for your quick response." Harre also stated he made the requested changes. A true and correct copy of Harre's response is attached hereto and incorporated herein as Exhibit 3.

6. Upon reviewing the revised Joint Status Report, I realized that a response to Number 5 on Page 1 was missing, and certain entries were not correct. I brought this to Harre's attention on March 10, 2011, via email, at approximately 4:08 pm. In response, Harre stated he would forward the document back to me. A true and correct copy of Harre and my email exchange is attached hereto and incorporated herein as Exhibit 4.

7.   As of March 15, 2011, I had not received any response from Harre. Thus, on March 15, 2011, at approximately 10:23 am, I inquired whether Harre was able to provide a response to No. 5 on Page 1 of the Joint Status Report. In response, Harre told me Plaintiff decided to file a unilateral status report because Defendants were in default. A true and correct copy of Harre and my email exchange on March 15, 2011 is attached hereto and incorporated herein as Exhibit 5.

8.   Defendants attempted to file a Joint Status Report with the Court, but Plaintiff changed course and filed a unilateral status report even though Defendants are not in default. First, the Court's docket, as of the morning of March 16, 2011, does not show a default entered as to Defendants. Additionally, Defendants have responded to the Complaint via a Motion to Dismiss, or, in the alternative, Motion to Transfer Venue, which is currently scheduled to be heard by the Court on April 27, 2011, at 2:30 p.m. Since Defendants have made an appearance, a default cannot be entered.

9.   In order to make sure Defendants do not violate the Court's Local Bankruptcy Rules, the attached unilateral status report is being filed with the Court.

I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Executed this 16th day of April, 2011, in Irvine, California.

            /s/ Yaron Shaham
            YARON SHAHAM

| In re<br>Elizabeth Ann Kenton,<br>              Debtor. | Bankruptcy Case No. 1:10-bk-23767-VK<br>Chapter 7<br>Adversary Case No.  1:11-ap-01048-VK |
|---|---|

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

A true and correct copy of the foregoing document described **DEFENDANTS BANK OF AMERICA, N.A.'S AND WELLS FARGO BANK, N.A., F/K/A WELLS FARGO BANK MINNESOTA, N.A., AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF BANC OF AMERICA ALTERNATIVE LOAN TRUST 2003-2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-2'S UNILATERAL STATUS REPORT; DECLARATION OF YARON SHAHAM** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On March 16, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

   Gary L Harre    ghcmecf@gmail.com
   Yaron Shaham    ys@severson.com, lbh@severson.com;
       ldo@severson.com;djl@severson.com
   United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
   Diane Weil (TR)    dcw@dcweillaw.com, dweil@ecf.epiqsystems.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On March 16, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

March 16, 2011  Leslye Haas                              /s/ *Leslye Haas*

| In re<br>Elizabeth Ann Kenton,<br>　　　　　　　　　　Debtor. | Bankruptcy Case No.  1:10-bk-23767-VK<br>Chapter 7<br>Adversary Case No.   1:11-ap-01048-VK |
|---|---|

## SERVICE LIST

Honorable Victoria S. Kaufman           *Judge*
U.S. Bankruptcy Court
21041 Burbank Blvd., Ste. 354           VIA PERSONAL SERVICE
Woodland Hills, CA 91367


Diane J Beall                           VIA U.S. MAILp
Global Capital Law, PC
17612 Beach Blvd Ste 8
Huntington Beach, CA 92647

Barry Fagan                             VIA U.S. MAIL
Global Capital Law, PC
17612 Beach Blvd Ste 8
Huntington Beach, CA 92647